# United States Court of Appeals

## For the Eighth Circuit

_____

No. 16-2150

_____

Charles J. Weber

*Petitioner - Appellant*

v.

United States of America

*Respondent - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: October 12, 2017
Filed: October 19, 2017
[Unpublished]

_____

Before COLLOTON, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Federal prisoner Charles Weber, who pleaded guilty to being a felon in possession of a firearm, appeals from the order of the District Court[1] denying his 28

_____

[1] The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

U.S.C. § 2255 motion that challenged his sentence under <u>Johnson v. United States</u>, 135 S. Ct. 2551 (2015) (invalidating the residual clause of the Armed Career Criminal Act as unconstitutionally vague). Specifically, Weber challenged his increased offense level under United States Sentencing Guidelines § 2K2.1. After de novo review, we conclude that the District Court properly denied relief because Weber's sentence was calculated under the advisory Guidelines, which are not subject to void-for-vagueness challenges. <u>See</u> <u>Beckles v. United States</u>, 137 S. Ct. 886, 895 (2017). Accordingly, we affirm, and we grant counsel's motion to withdraw.

————————————————